MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 6, 2019

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VERSUS | NO. 19-219 |
| JUDY WILLIAMS | SECTION L |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X   DEFENDANT
　　　　　　　X   COUNSEL FOR DEFENDANT   CJA - RALPH WHALEN
　　　　　　　X   ASSISTANT U.S. ATTORNEY   BRIAN M. KLEBBA
　　　　　　　___ INTERPRETER _____ SWORN _____
　　　　　　　　　(TIME: ____.M to ____.M)

X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **DECEMBER 23, 2019 AT 1:30 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

**X /** TRIAL: **DECEMBER 30, 2019 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

MJSTAR: 00: 03