UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-219 |
| v. | * | SECTION: "L" |
| DAMIAN K. LABEAUD | * | |
|   a/k/a Damian Kevin Lebeaud | | |
|   a/k/a Damien K. Lebeaud | * | |
| LUCINDA THOMAS | | |
| MARY WADE | * | |
| JUDY WILLIAMS | | |
|   a/k/a Judy Lagarde | * | |
| DASHONTAE YOUNG | | |
|                   *    *    * | | |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO CONTINUE THE TRIAL AND PRETRIAL CONFERENCE**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who respectfully request this Court to continue the trial which is set for December 30, 2019, and the pretrial conference which is set for December 23, 2019, for the following reason:

I.

On December 5, 2019, three additional defendants, Mario Solomon, Larry Williams, and Genetta Isreal, were added with the above named defendants in a Superseding Indictment. A continuance is necessary for all defendants to review the new charges and discovery. Therefore, counsel for the defendants and the government request a continuance of ninety (90) days. Counsel for the defendants, have been contacted and there are no objections to the filing of this motion.

II.

Title 18, United States Code, Section 3161(h)(7)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's finding that the ends of justice are served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial, shall be excluded in computing the time within which the trial must commence.

The factors which the district court shall consider in determining whether to grant the continuance are found in Title 18, United States Code, Section 3161(h)(7)(B)(iv). One such factor is whether the denial of a continuance would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

III.

Considering the foregoing, and that neither the government nor the defendants object to a continuance, the granting of this motion would be in the best interest of justice and would outweigh the interest of the public and the defendants' right to a speedy trial.

**WHEREFORE**, the government respectfully requests a ninety day continuance of the pretrial conference and trial in this matter and asks that this Court find that the period of any continuance be deemed excludable time under the Speedy Trial Act.

        Respectfully submitted,

        PETER G. STRASSER
        UNITED STATES ATTORNEY

        s/Brian M. Klebba
        BRIAN M. KLEBBA
        Assistant United States Attorney
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3079

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to defense counsel.

        s/Brian M. Klebba
        Brian M. Klebba
        Assistant United States Attorney