```
MINUTE ENTRY
FALLON, J.
JANUARY 19, 2023
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 19-219 |
| JUDY WILLIAMS | SECTION: L (2) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances: AUSA Brian Klebba for government
             Ralph Whalen, Esq., for the defendant
             Probation Officer

---

SENTENCING AS TO COUNT ONE OF THE SUPERSEDING INDICTMENT:

The defendant is present.

There were no objections to the PSI by either the defendant or the Government.

Sentence: See Judgment in a Criminal Case.

Upon oral motion of the Government, all remaining counts were dismissed.

JS10:  :  10