UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 19-219** |
| v. | * | **SECTION: "L"** |
| **JUDY WILLIAMS** | * | |

\* \* \*

**GOVERNMENT'S RESPONSE IN OPPOSITION TO**
**DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully submits this response in opposition to defendant Judy Williams's ("Williams") Motion for Early Termination of Probation. (Rec. Doc. 420).

On February 28, 2025, the undersigned Assistant United States Attorney learned from U.S. Probation that Williams has not satisfied all of her conditions of probation at this time. According to Probation, Williams needs to 1) complete an additional mandatory drug test and 2) Probation needs to check on the status of Williams's mental health treatment, as required by Williams's judgment.

2

Accordingly, the government is opposed to defendant Williams's motion for early termination of probation at this time.

                                  Respectfully submitted,

                                  MICHAEL M. SIMPSOM
                                  ACTING UNITED STATES ATTORNEY

                                  */s/ Brian M. Klebba*
                                  BRIAN M. KLEBBA
                                  Assistant United States Attorney
                                  U.S. Attorney's Office (E.D. La.)
                                  650 Poydras Street, Suite 1600
                                  New Orleans, Louisiana 70130
                                  Telephone: (504) 680-3079
                                  E-Mail: brian.klebba@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on March 6, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                  */s/ Brian M. Klebba*
                                  BRIAN M. KLEBBA
                                  Assistant United States Attorney