April 16, 2025

Judy L. Williams
902 Saadi Street
Houma, LA 70363

2:19 cr 00219
Damian Labeaud

Dear Judge Fallon,

I am resubmitting a request an early termination of probation. According to my probation officer Ms. Amiah Parker I have complied with the necessary provisions of my probation. I hope you put this into consideration upon making your decision. Hope to hear from you soon.

Respectfully yours
Judy Williams