UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 19-219** |
| v. | * | SECTION: "L" |
| **JUDY WILLIAMS** | * | |

\* \* \*

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR EARLY TERMINATION OF PROBATION**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully submits this response to defendant Judy Williams's ("Williams") Second Motion for Early Termination of Probation. (Rec. Doc. 434).

On April 29, 2025, the undersigned Assistant United States Attorney spoke with U.S. Probation Officer Amiah Parker ("Officer Parker") who reported that Williams is now in compliance with all of the terms of her probation. Officer Parker has no objection to Williams's request for early termination of her probation.

Accordingly, the government is no longer opposed to Williams's motion for early termination of her probation.

Respectfully submitted,

MICHAEL M. SIMPSOM
ACTING UNITED STATES ATTORNEY


*/s/ Brian M. Klebba*
BRIAN M. KLEBBA
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3079
E-Mail: brian.klebba@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. Additionally, a copy was mailed to Judy Williams, 902 Saadi Street, Houma, LA 70363.

*/s/ Brian M. Klebba*
BRIAN M. KLEBBA
Assistant United States Attorney

2